## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 07-80337-CIV-HURLEY/HOPKINS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANDRES V. MILLER,

       Defendant.

_____/

### ORDER ON NOTICE OF VOLUNTARY DISMISSAL

On May 16, 2008, plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [DE # 21]. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1.    All claims in this matter are **DISMISSED WITH PREJUDICE**.

2.    Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3.    The case shall remain **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _27_ day of May, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*